UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **LISA RENEE ROBERTS** | CIVIL ACTION NO.:_____ |
| **VERSUS** | JUDGE _____ |
| **WAL-MART STORES, INC.** | MAGISTRATE _____ |

## COMPLAINT

The Complaint of **LISA RENEE ROBERTS**, a person of the full age of majority, and resident of the Parish of Calcasieu, State of Louisiana, would with respect represent as follows, to-wit:

1.

Made Defendant herein is WAL-MART STORES, INC. ("Wal-Mart"), a foreign corporation, authorized to do and doing business in the Parish of Calcasieu, State of Louisiana, who is liable unto your Complainant, for the following, to-wit:

2.

Jurisdiction is proper pursuant to 28 U.S.C. 1332 as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000 exclusive of interest and costs.

3.

On or about August 17, 2015, Complainant went to the Wal-Mart Store (#1204) in Lake Charles, Louisiana, to purchase various items.

4.

While navigating the various aisles and/or walkways, Complainant slipped and fell on an unknown substance, accumulated wax and/or other unreasonably hazardous condition.

5.

The incident was promptly reported by Complainant, and documented by employees of Defendant.

6.

As a result of the accident, Complainant suffered injuries, including but not limited to injuries to her shoulder, hip, low back and other parts of her body, requiring extensive medical treatment, including shoulder surgery, as well as other treatment.

7.

Complainant was in no way negligent, rather, the accident and injuries were caused exclusively by the fault of the defendant for the following non-exclusive particulars, to-wit:

- A. Failing to properly clean, maintain and/or repair aisles and/or displays;
- B. Failing to follow protocol, policy and procedure for cleaning, maintaining and/or repairing aisles and/or displays;
- C. Failing to take reasonable and adequate steps to protect the safety of shoppers and the public, including Plaintiff;
- D. Failing to provide adequate warnings of slip/trip hazards;
- E. Failing to exercise reasonable care under the circumstances;
- F. Failing to do what should have been done under the circumstances; and
- G. Other acts of negligence which will be developed during discovery and/or proven at the trial on the merits of this matter.

8.

The aforesaid negligence of the defendant has resulted in Complainant suffering injuries which have caused his damages, which said damages petitioner itemizes as follows, to-wit:

A. Medical expenses, past, present and future;

B. Physical pain and suffering, past, present and future;

C. Mental pain and anguish, past, present and future;

D. Disability and disfigurement;

E. Inconvenience, loss of gratification of/or intellectual and/or physical enjoyment of life and loss of lifestyle;

F. Loss of income, past, present and future;

G. Such other damages, the form and substance of which will be more fully shown at the trial on the merits of these proceedings and revealed during discovery herein.

9.

Complainant expressly pleads the doctrine of *res ipsa loquitor*.

WHEREFORE, premises considered, Complainant, LISA RENEE ROBERTS prays that, after all legal delays and due proceedings are had, there be judgment rendered herein in her favor ordering that Defendant, WAL-MART STORES, INC., pay to your Complainant such damages as may be reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, all costs and disbursements herein, all court costs, and for all other general and equitable relief.

RESPECTFULLY SUBMITTED BY:

_____
Willard P. Schieffler (#25862)
311 Patriot St.
Thibodaux, Louisiana 70301
(985) 447-0370; FAX (985) 493-7320
Email: will@schiefflerlaw.com

Attorney for Complainant

TO THE CLERK:

PLEASE SERVE THE DEFENDANT AS FOLLOWS:

WAL-MART STORES, INC.
Through its registered agent for service of process,
C. T. Corporation System
5615 Corporate Blvd, Suite 400B
Baton Rouge, LA 70808